**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| Mary Holcomb, Mary Grovogel, Holly Mollet, Rhonda Rosenthal, and Donald Schneider, on behalf of themselves, individually, and on behalf of all others similarly situated, and on behalf of the Hospital Sisters Health System Employees' Pension Plan,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>Hospital Sisters Health System; Hospital Sisters Health System Retirement Committee; and John and Jane Does 1-20,<br><br>　　　　　　　　Defendants. | No. 3:16-cv-03282<br><br>Judge Sue E. Myerscough<br>Magistrate Judge Tom Schanzle-Haskins<br><br>**ORAL ARGUMENT REQUESTED**[1] |

**DEFENDANTS' RULE 12(b)(1) MOTION TO DISMISS**
**THE AMENDED MASTER CONSOLIDATED COMPLAINT**

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and the Local Rules of this Court, Defendants move to dismiss Plaintiffs' Amended Master Consolidated Complaint in its entirety. The grounds for this Motion are set forth in Defendants' Memorandum of Law in support of this Motion, all supporting materials filed contemporaneously therewith, and arguments of counsel, as well as all the files, records, submissions, and proceedings in this matter.

WHEREFORE, Defendants respectfully request that this Court grant this Motion, dismiss Plaintiffs' action in its entirety with prejudice, and order further relief as this Court deems appropriate.

---

[1] Defendants request oral argument due to the breadth and complexity of Plaintiffs' allegations.

Dated: October 16, 2017                             Respectfully submitted,


                                                    /s/ *Howard Shapiro*
                                                    Howard Shapiro
                                                    *Pro hac vice*
                                                    Stacey C.S. Cerrone
                                                    *Pro hac vice*
                                                    Lindsey Chopin
                                                    *Pro hac vice*
                                                    PROSKAUER ROSE LLP
                                                    650 Poydras Street, Suite 1800
                                                    New Orleans, LA 70130
                                                    Telephone: (504) 310-4085
                                                    Fax (504) 310-2022
                                                    Email: howshapiro@proskauer.com
                                                              scerrone@proskauer.com
                                                              lchopin@proskauer.com

                                                    Richard J Wilderson
                                                    Nathan L Wetzel
                                                    GRAHAM & GRAHAM
                                                    1201 S Eighth St
                                                    Springfield, IL 62703
                                                    217-523-4569
                                                    Fax: 217-523-4656
                                                    Email: rjwilderson@yahoo.com
                                                              nlwetzel@yahoo.com


                                                    *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

/s/*Howard Shapiro*