**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| Mary Holcomb, Mary Grovogel, Holly Mollet, Rhonda Rosenthal, and Donald Schneider, on behalf of themselves, individually, and on behalf of all others similarly situated, and on behalf of the Hospital Sisters Health System Employees' Pension Plan,<br><br>    Plaintiffs,<br><br>v.<br><br>Hospital Sisters Health System; Hospital Sisters Health System Retirement Committee; and John and Jane Does 1-20,<br><br>    Defendants. | No. 3:16-cv-03282<br><br>Judge Sue E. Myerscough<br>Magistrate Judge Tom Schanzle-Haskins |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT**

Plaintiffs Mary Holcomb, Mary Grovogel, Holly Mollet, Rhonda Rosenthal, and Donald Schneider ("Named Plaintiffs"), by and through their attorneys, respectfully move the Court for an Order: (1) preliminarily approving the Class Action Settlement Agreement ("Settlement" or "Settlement Agreement") between Plaintiffs and Defendants; (2) preliminarily certifying the proposed Settlement Class pursuant to Federal Rules of Civil Procedure 23(b)(1) and/or 23(b)(2); (3) approving the form and method of Class Notice; and (4) setting a date and time for a hearing (the "Fairness Hearing") for consideration of final approval of the Settlement and payment of attorneys' fees and expenses, including Incentive Awards to certain Plaintiffs.

For the reasons set out in the accompanying Memorandum, Named Plaintiffs respectfully request that the Court grant their Unopposed Motion for Preliminary Approval of Settlement Agreement.

DATED: June 8, 2018

**KELLER ROHRBACK L.L.P.**

*/s/ Laura R. Gerber*
Lynn Lincoln Sarko
Laura R. Gerber
Alison S. Gaffney
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
lgerber@kellerrohrback.com
agaffney@kellerrohrback.com

**KELLER ROHRBACK L.L.P.**

Ron Kilgard
3101 North Central Avenue, Suite 1400
Phoenix, AZ  85012
Tel.: (602) 248-0088
Fax: (602) 248-2822
rkilgard@kellerrohrback.com

**COHEN MILSTEIN SELLERS
 & TOLL PLLC**
Karen L. Handorf
Michelle Yau
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Tel: (202) 408-4600
Fax: (202) 408-4699
khandorf@cohenmilstein.com
myau@cohenmilstein.com

*Interim Co-Lead Counsel*

2

**ARMSTRONG LAW FIRM LLC**
Matthew H. Armstrong, ARDC #6226591
8816 Manchester Road, No. 109
St. Louis, MO  63144
Tel: (314) 258-0212
matt@mattarmstronglaw.com

*Interim Liaison Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

>  */s/ Laura R. Gerber*
>  Laura R. Gerber