# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| Mary Holcomb, Mary Grovogel, Holly Mollet, Rhonda Rosenthal, and Donald Schneider, on behalf of themselves, individually, and on behalf of all others similarly situated, and on behalf of the Hospital Sisters Health System Employees' Pension Plan,<br><br>    Plaintiffs,<br><br>v.<br><br>Hospital Sisters Health System; Hospital Sisters Health System Retirement Committee; and John and Jane Does 1-20,<br><br>    Defendants. | No. 3:16-cv-03282<br><br>Judge Sue E. Myerscough<br>Magistrate Judge Tom Schanzle-Haskins |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT

Plaintiffs Mary Holcomb, Mary Grovogel, Holly Mollet, Rhonda Rosenthal, and Donald Schneider (collectively, "Named Plaintiffs"), by and through their attorneys, respectfully move the Court for an Order: (1) granting final approval of the Class Action Settlement Agreement preliminarily approved by the Court on October 30, 2018[1]; and (2) granting final certification of the proposed Settlement Class pursuant to Federal Rule of Civil Procedure 23(b)(1) and/or 23(b)(2). While Defendants disagree with some of the averments in the supporting pleadings, Defendants do not oppose the relief sought herein.

---

[1] Order Prelim. Approving the Settlement, Certifying the Settlement Class, Approving Notice to the Settlement Class, and Scheduling Fairness Hr'g, ECF No. 59.

For the reasons set forth in the accompanying Memorandum in Support of Plaintiffs' Unopposed Motion for Final Approval of Settlement Agreement, Named Plaintiffs respectfully request that the Court grant the Motion and enter the Proposed Order, filed herewith, concluding this case.

DATED this 7th day of January, 2019.

**KELLER ROHRBACK L.L.P.**

*/s/ Laura R. Gerber*
Lynn Lincoln Sarko
Laura R. Gerber
Alison S. Gaffney
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
lgerber@kellerrohrback.com
agaffney@kellerrohrback.com

**KELLER ROHRBACK L.L.P.**

Ron Kilgard
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel.: (602) 248-0088
Fax: (602) 248-2822
rkilgard@kellerrohrback.com

**COHEN MILSTEIN SELLERS
 & TOLL PLLC**
Karen L. Handorf
Michelle C. Yau
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
khandorf@cohenmilstein.com
myau@cohenmilstein.com

*Class Counsel*

**ARMSTRONG LAW FIRM LLC**
Matthew H. Armstrong, ARDC #6226591
8816 Manchester Road, No. 109
St. Louis, MO 63144
Tel.: (314) 258-0212
matt@mattarmstronglaw.com

*Interim Liaison Counsel*

**GLANCY PRONGAY & MURRAY LLP**
Robert I. Harwood
Daniella Quitt
712 Fifth Avenue, 31st Floor
New York, NY 10019
Tel.: (212) 935-7400
rharwood@glancylaw.com
dquitt@glancylaw.com

**SARRAF GENTILE LLP**
Ronen Sarraf
Joseph Gentile
14 Bond Street, Suite 212
Great Neck, NY 11021
Tel.: (516) 699-8890
ronen@sarrafgentile.com
joseph@sarrafgentile.com

**HEFFNER HURST**
Matthew T. Hurst
30 North LaSalle Street, 12th Floor
Chicago, IL 60602
Tel.: (312) 346-3466
mhurst@heffnerhurst.com

*Attorneys for Plaintiff Mollet*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

>  */s/ Laura R. Gerber*
>  Laura R. Gerber